**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **Case No. CR-14-080-R** |
| | ) | |
| **TYLER BROCK STAFFORD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

Before the Court is the Government's Motion to Dismiss the Petition for Warrant or Summons for Offender Under Supervision [Doc. No. 59]. The Motion is GRANTED. The Petition for Warrant or Summons for Offender Under Supervision is DISMISSED, without prejudice. Accordingly, the Revocation hearing set for August 27, 2026, at 11:00am in Courtroom 302 is stricken as moot.

IT IS SO ORDERED this 20th day of August, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**